IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:13-CR-81-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| JOSALAND M. HARDWICK, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

The court set the matter of this appeal of decision of United States magistrate judge for hearing Thursday, January 16, 2014, at 1:30 p.m., at New Bern. In order dated December 17, 2013, the court provided that any brief in support of appeal shall be filed on or before December 31, 2013, and any response brief shall be filed on or before January 10, 2014. No appellate briefing was initiated by defendant.

Also on December 17, 2013, the Clerk of Court issued correspondence to defendant, directing her to pay the $37.00 appeal filing fee by January 3, 2014. Defendant was advised that her failure to do so may result in dismissal of her appeal.

Defendant is allowed a further extension, of the court's own initiative, to pay the $37.00 filing fee, up to and until January 14, 2014. If these funds are not paid by 5:00 p.m. on January 14, 2013, the clerk is directed to terminate the attempted appeal, which shall be dismissed in advance of any hearing.

SO ORDERED, this the 7th day of January, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge

Case 4:13-cr-00081-FL   Document 11   Filed 01/07/14   Page 1 of 1